UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

```
IN RE:                                    CASE NO: 01-00660 JKC-13

CHERYL ANN WILLIAMS
5320 W HILL DRIVE                         SS#1: XXX-XX-4444
INDIANAPOLIS   IN 46226                   SS#2  XXX-XX-


DEBTOR.
```

**TRUSTEE'S INTERIM REPORT AND
REQUEST FOR DEBTOR DISCHARGE**

```
This Case was                                           The Plan was
commenced on Feb 02, 2001                               confirmed on May 16, 2001
```

**THIS CASE IS: PAID IN FULL AND ELIGIBLE FOR ORDER DISCHARGING DEBTOR**

    The records of the Trustee reflect that the debtor has completed all payments under the plan. Therefore, your Trustee makes his interim report, preliminary to the Final Account of the administration of the estate with the Court and the United States Trustee, for the purpose of asking the Court to grant the debtor a discharge of all debts provided for by the plan or disallowed under the § 502, except for any debt not subject to discharge pursuant to the provision of § 1328.

    Your Trustee will make his Final Account once he has verified that all trust checks have cleared his depository bank and, if not, will stop payment of checks remaining unpaid ninety (90) days after distribution, file a list of all such items with the Court and turnover all unclaimed funds to the clerk in order to fully conclude administration of debtor's estate.

    WHEREFORE, your Trustee prays that the Court approve his Interim Report and grant the debtor an appropriate order of discharge herein.

```
Date:Apr 04, 2005                         Respectfully Submitted

                                           /s/ Robert A. Brothers
                                          Chapter 13 Trustee

                                          151 North Delaware Street
                                          Suite #1400
                                          Indianapolis,IN 46204
Distribution To:                          (317) 636-1062

CHERYL ANN WILLIAMS                       TOM SCOTT
5320 W HILL DRIVE                         6100 N KEYSTONE AVE #454
INDIANAPOLIS   IN 46226                   INDIANAPOLIS IN 46220


U.S.Trustee; Chapter 13 Trustee (Brothers)
```