UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

IN RE:
CHERYL ANN WILLIAMS                          CASE NO. 01-00660  JKC -13
5320 W HILL DRIVE
                                             SS#1 - XXX-XX-4444
INDIANAPOLIS  IN          46226              SS#2 - XXX-XX-0000

DEBTOR.

FINAL REPORT AND ACCOUNTING;
RULE 5009  CERTIFICATION

This Case was              The Plan was            The Case was
commenced on  Jan 18, 2001 confirmed on May 16, 2001  concluded on

THE CASE STATUS IS: COMPLETED
     Your trustee has maintained a detailed record  of  all  receipts, including
the source or other identification of each receipt  and  of  all  disbursements.
Copies of these detailed records  are evidenced by various records and cancelled
checks maintained  in numerical sequence and stored as authorized by this court.
The trustee further certifies that  he  has  made final  distributions, a  zero
balance in accounts  maintained  by the trustee  in this case has been verified,
any  unclaimed funds have been deposited with the clerk, and the estate has been
fully administered as follows:


TOTAL RECEIPTS                                                      21,492.32
Less refunds to debtor                                    468.32

Administrative fees:
     Clerk of Bankruptcy Court                                 .00
     Debtor's Attorney Fee                                1,200.00
     Trustee Expense                                      1,165.45
     Other Costs                                             34.18

TOTAL ADMINISTRATIVE FEES                                           2,399.63


------------------------------------------------------------------------------

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLASS | TRUSTEE DISBURSEMENTS |
|---|---|---|
| CHRYSLER FINANCIAL CORPORATION | SECURED | 14,669.74 |
| CHRYSLER FINANCIAL CORPORATION | UNSECURED | 504.07 |
| CHRYSLER FINANCIAL CORPORATION | SECURED | .00 |
| CLERK US BANKRUPTCY COURT | SECURED | 3,450.56 |
| CLERK US BANKRUPTCY COURT | SECURED | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE

CASE NUMBER 01-00660   DEBTOR NAME - CHERYL ANN WILLIAMS

```
                              REFUND                   468.32
Total Paid to Creditors:                            19,092.69


Total Trustee Disbursements:                        21,492.32
```

    WHEREFORE, your Trustee  prays  that a  Final Decree be entered discharging him as  Trustee and releasing him and his surety from any and all liability   on account of the above referenced  proceedings,  and closing  the estate,  and for such other and further  relief as is proper in the premises..


Dated:06/20/05                          /s/ Robert A. Brothers
                                        _____
                                        Robert A. Brothers, Trustee
                                        151 N. Delaware St., Ste. 1400
                                        Indianapolis, IN  46237
                                        (317) 636-1062

Distribution: Chapter 13 Trustee
              U.S. Trustee