UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
PO Box 44978
Indianapolis, IN 46244

SF00350T (rev 10/2004)

In Re:
  Cheryl Ann Williams
    SSN: xxx−xx−4444   EIN: NA

Case Number:
**01−00660−JKC−13**

  Debtor(s)

# FINAL DECREE

  The estate of the above−named debtor(s) having been fully administered, IT IS ORDERED THAT Robert A Brothers is discharged as trustee of the estate, the bond is cancelled, and the above captioned case is closed.

Dated:  July 20, 2005                                  JUDGE JAMES K. COACHYS
                                                            U.S. BANKRUPTCY COURT